```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
Murray,                                                           :
                                                                  :
                            Plaintiff,                            :      21-cv-01387 (AJN)
                                                                  :
            -v-                                                   :          ORDER
                                                                  :
Capital One Bank (USA), National Association, et al.,             :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------:
                                                                  X
```

ALISON J. NATHAN, United States District Judge:

  In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Per the Court's notice of initial pretrial conference, the parties were to submit their proposed case management plan and joint letter no later than seven days prior to the scheduled conference. The parties have not done so. The parties must submit these documents by **Wednesday, May 19, 2021**.

  **In the joint letter, the parties should advise the Court if they can do without a conference altogether**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

SO ORDERED.

Dated: May 17, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge