USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Murray,

          Plaintiff,

–v–

Trans Union, LLC, *et al.*,

          Defendants.

21-cv-01387 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As the Plaintiff has now settled this case as to all Defendants, all deadlines are adjourned and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 19, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge